**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert T. Lincoln,

Plaintiff,

vs.

Sears, Roebuck and Co. d/b/a "Sears Home Improvement Products"; and Sears Home Improvement Products, Inc.,

Defendants.

Case No. 02-CV-840 DWF/SRN

**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE RESPOND**

---

WHEREAS the original deadline to answer or otherwise respond to Plaintiff's Complaint in the above-entitled matter is April 26, 2002;

WHEREAS the parties have agreed to extend this deadline 30 days, or until May 28, 2002;

Based on the agreement of the parties, it is hereby stipulated that Defendant's deadline to answer or otherwise respond in the above-entitled matter, currently April 26, 2002, should be extended 30 days to May 28, 2002. Therefore, the parties respectfully request an Order allowing this extension.

APR 24 200[illegible]
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 23, 2002

**LITTLER MENDELSON, P.C.**

By: ______________________________
Kathryn Mrkonich Wilson (#283605)
Heather C. Sherman (#288135)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402-3720
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANTS SEARS, ROEBUCK AND CO. AND SEARS HOME IMPROVEMENT PRODUCTS, INC.**

Dated: April 19, 2002

By: ______________________________
James G. Ryan (#155962)
4421 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

**ATTORNEY FOR PLAINTIFF ROBERT T. LINCOLN**

**IT IS SO ORDERED**

Dated: Apr. 24, 2002

______________________________
Judge of the United States District Court