UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - -

Robert T. Lincoln,

Plaintiff,

vs.

Sears, Roebuck and Co. d/b/a "Sears Home Improvement Products"; and Sears Home Improvement Products, Inc.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - -

Civil File No. 02-840 DWF/SRN

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE UNDER PRETRIAL SCHEDULING ORDER OF OCTOBER 23, 2002**

**WHEREAS**, a Pretrial Scheduling Order was issued on October 23, 2002, providing in part as follows: "Discovery shall be commenced in time to be completed by June 2, 2003";

**WHEREAS,** the parties have been diligent in narrowing the issues which must be decided by the Court and those efforts have resulted in a stipulation with respect to FMLA coverage with respect to the defendant Sears Home Improvement Products, Inc. and the dismissal of the defendant Sears, Roebuck, and Co.;

**WHEREAS,** the parties are in the process of completing discovery on the issues which remain in the case, including the taking of depositions in Pennsylvania and, perhaps, Illinois;

**WHEREAS,** due to the schedules of the principals involved in those depositions, including counsel for the parties and the deponents, the depositions in Pennsylvania of the various officers and employees of the defendant Sears Home Improvement Products, Inc. cannot be taken until the week of May 19-23, 2003;



APR 23 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS,** the parties desire to extend the discovery-completion date by one month to July 2, 2003 to allow for follow-up discovery to the Pennsylvania depositions and to the other discovery in the case;

**WHEREAS,** a modification of the discovery-completion date will not require modification of any of the other deadlines established in the Pretrial Scheduling Order of October 22, 2003;

## STIPULATION

**NOW THEREFORE,** the parties hereby stipulate as follows:

1. Good cause exists for extending the discovery-completion date from June 2, 2003 to July 2, 2003, and the parties jointly request the Court to order such an extension.

2. Any requirement of a motion and hearing prior to issuance of an Order so extending the discovery-completion date is waived by all parties.

3. Upon execution of this Stipulation, any party to this proceeding shall be deemed authorized to submit this Stipulation *ex-parte* to the Court for issuance of an Order adopting this Stipulation.

**LITTLER MENDELSON, P.C.**

Dated: April 18, 2003

Kathryn Mrkonich Wilson (#283605)
Jeffrey G. Vigil (#241520)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402-3720
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANTS SEARS, ROEBUCK AND CO. AND SEARS HOME IMPROVEMENT PRODUCTS, INC.**

**JAMES G. RYAN**

Dated: April 18, 2003

James G. Ryan
Attorney Reg. No. 155962
4421 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-3872
Facsimile: (612) 338-3874

**ATTORNEY FOR PLAINTIFF ROBERT T. LINCOLN**

## ORDER

Based upon the foregoing Stipulation, and for good cause shown, IT IS HEREBY ORDERED:

1. That Paragraph 1 of the Discovery Plan set forth in the Pretrial Scheduling Order dated October 23, 2002 be and hereby is amended to read as follows:

   **Discovery shall be commenced in time to be completed by July 2, 2003.**

2. That all other provisions and deadlines set forth in the Pretrial Scheduling Order dated October 23, 2002 shall remain in effect.

Dated: April 22, 2003

SUSAN RICHARD NELSON
United States Magistrate Judge