UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert T. Lincoln,

Plaintiff

vs.

Sears Home Improvement Products, Inc.,

Defendants

Civil File No. 02-840 DWF/SRN

**AMENDED STIPULATION AND ORDER EXTENDING DEADLINES UNDER PRETRIAL SCHEDULING ORDER OF OCTOBER 23, 2002**

**WHEREAS**, a Pretrial Scheduling Order was issued on October 23, 2002, providing in part as follows: "Discovery shall be commenced in time to be completed by June 2, 2003";

**WHEREAS**, a Stipulation and Order Extending Discovery Deadlines under Pretrial Scheduling Order of October 23, 2002 extended the discovery deadline until July 2, 2003;

**WHEREAS**, the parties are in the process of discovery on the issues that remain in the case and have taken eight depositions in Pennsylvania and Minnesota and will take thirteen depositions in Missouri and Minnesota;

**WHEREAS**, the schedules of deponents and counsel do not permit the thirteen remaining depositions be completed by the discovery deadline;

**WHEREAS**, counsel for the Plaintiff recently supplemented Plaintiff's interrogatory answers to add four individuals, whose depositions are included in the thirteen remaining to be taken, as people who may have relevant information about the facts in this matter;

**WHEREAS**, counsel for Defendant is entitled to depose each of those four individuals;



JUN 20 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS,** the parties desire to extend the discovery-completion date to August 1, 2003;

**WHEREAS,** the parties desire to extend the non-dispositive motion deadline to August 19, 2003;

**WHEREAS,** the parties desire to extend the dispositive motion deadline to October 2, 2003;

## STIPULATION

**NOW THEREFORE,** the parties hereby stipulate as follows:

1. Good cause exists for extending the discovery-completion date from July 2, 2003 to August 1, 2003, and the parties jointly request the Court to order such an extension.

2. Good cause exists for extending the non-dispositive motion deadline from July 15, 2003 to August 19, 2003, and the parties jointly request the Court to order such an extension.

3. Good cause exists for extending the dispositive motion deadline from September 1, 2003 to October 2, 2003, and the parties jointly request the Court to order such an extension.

2. Any requirement of a motion and hearing prior to issuance of an Order so extending the discovery-completion date is waived by all parties.

3. Upon execution of this Stipulation, any party to this proceeding shall be deemed authorized to submit this Stipulation *ex-parte* to the Court for issuance of an Order adopting this Stipulation.

Dated: June 19, 2003

LITTLER MENDELSON, P.C.

Kathryn Mrkonich Wilson (#283605)
Jeffrey G. Vigil (#241520)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402-3720
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANTS SEARS, ROEBUCK AND CO. AND SEARS HOME IMPROVEMENT PRODUCTS, INC.**

Dated: June 19, 2003

**JAMES G. RYAN**

James G. Ryan
Attorney Reg. No 155962
4421 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-3872
Facsimile: (612) 338-3874

**ATTORNEY FOR PLAINTIFF ROBERT T. LINCOLN**

# ORDER

Based upon the foregoing Stipulation, and for good cause shown, IT IS HEREBY ORDERED:

1. That the Pretrial Scheduling Order dated October 23, 2002 be and hereby is amended to read as follows:

   **The discovery deadline shall be extended to August 1, 2003.**

   **The non-positive motion deadline shall be extended such that such motions shall be served by August 19, 2003.**

   **The dispositive motion deadline shall be extended such that such motions shall be served and filed by October 2, 2003.**

   Trial will commence on this matter on or before December 1, 2003.

Dated: June 20, 2003

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

No further extension of time will be granted.

MINNEAPOLIS:41949.1 016144.1061
06/19/03