**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBERT T. LINCOLN,

Plaintiff,

v.

SEARS HOME IMPROVEMENT PRODUCTS, INC.,

Defendant.

Civil No. 02-840 (DWF/SRN)

**NOTICE OF JURY TRIAL**

---

James Ryan, Esq., Ryan Law Office, 80 South 8th Street, Suite 820, Minneapolis, MN 55402, counsel for Plaintiff.

Jeffrey Vigil, Esq., Kathryn Mrkonich, Esq., and Heather Fokken, Esq., Littler Mendelson, 33 6th Street South, Suite 3110, Minneapolis, MN 55402, counsel for Defendant.

---

The jury trial scheduled for Monday, March 8, 2004, is rescheduled for 9:00 AM, Monday, April 12, 2004, before Judge Donovan W. Frank, in Courtroom #2, 7th Floor, 316 North Robert Street, St. Paul, Minnesota. All deadlines, as listed in the Notice of Trial, dated January 15, 2004, shall be moved 30 days ahead. The settlement conference as set by the Magistrate Judge shall be not be moved.

Dated: January 21, 2004

RICHARD D. SLETTEN
Clerk of United States District Court

Lowell Lindquist
Lowell Lindquist, Deputy Clerk
651-848-1296

c: All Counsel

JAN 2 2 2004