# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Robert T. Lincoln,

Plaintiff,

v.

Sears Home Improvement Products, Inc.,

Defendant.

## COURT MINUTES

BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-02-840 DWF/SRN |
| Date: | February 20, 2004 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 5:30 p.m. |
| Time in Court: | 8 Hours & 0 Minutes |

APPEARANCES:

Plaintiff: James Ryan for Robert T. Lincoln

Defendant: Jeffrey Vigil; Kathryn Mrkonich, Heather Fokken for Sears Home Improvement Products, Inc.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Final Settlement Conference. Matter Settled.

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

February 23, 2004

s/ br

Signature of Judicial Assistant