**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ROBERT T. LINCOLN, Civil No. 02-840 (DWF/SRN)

Plaintiff,

v. **ORDER OF DISMISSAL**

SEARS HOME IMPROVEMENT
PRODUCTS, INC.,

Defendant.

---

James Ryan, Esq., Ryan Law Office, 820 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Plaintiff.

Heather Fokken, Esq., Jeffrey Virgil, Esq., and Kathryn Mrkonich, Esq., Littler Mendelson, 33 6th Street South, Suite 3110, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 23, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court